**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

TODD WESSINGER,

Plaintiff,

v.

GARY WESTCOTT, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections; SETH SMITH, in his official capacity as Chief of Operations of the Louisiana Department of Public Safety and Corrections; and DARREL VANNOY, in his official capacity as Warden of the Louisiana State Penitentiary.

Civil Action No. 3:26-cv-00957

Defendants.

**NOTICE OF RELATED PROCEEDINGS**

Pursuant to Loc. Civ. R. 3(a), Plaintiff Todd Wessinger, by and through counsel, states that the following listed cases, like this case, involve Louisiana's execution protocol; in particular, the first listed case, like this case, involves the use of nitrogen hypoxia as a method of execution.

1. Jessie Hoffman v. Gary Westcott, et al., Civil Action No. 25-169-SDD-SDJ.

2. Jessie Hoffman, et al., v. Bobby Jindal, et al., Civil Action No. 12-796-SDD-EWD.

Respectfully submitted,

Jack M. Stephens (La. Bar No. 41468)
Emily M. Washington (La. Bar No. 34143)
James W. Craig (La. Bar No. 33687)
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave., New Orleans, LA 70119
Phone: 504-620-2259/Fax: 504-208-3133
emily.washington@macarthurjustice.org

jim.craig@macarthurjustice.org
jack.stephens@macarthurjustice.org

*Attorneys for Plaintiff*