**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**TODD WESSINGER** **CIVIL ACTION**

**VERSUS** **NO. 26-957-JWD-RLB**

**GARY WESTCOTT, ET AL.**

**ORDER**

I hereby recuse myself from this matter.

Signed in Baton Rouge, Louisiana, on September 8, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**