**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TODD WESSINGER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-957-JWD-SDJ** |
| **GARY WESTCOTT** | |

# JUDGMENT

In accordance with the mandate/judgment issued by the Fifth Circuit on October 13, 2026 reversing the district court's grant of habeas relief and remanding with instructions to enter final judgment denying the petition and ordering that each party bear its own costs on appeal,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Complaint for Declaratory and Injunctive Relief filed by Plaintiff Todd Wessinger (Doc. 1) is **DENIED,** with each party to bear its own costs on appeal.

Signed in Baton Rouge, Louisiana, on October 13, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**