# Exhibit 1:
# Supplemental Declaration of Secretary Gary Westcott

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| TODD WESSINGER,<br><br>PLAINTIFF,<br><br>v.<br><br>GARY WESTCOTT, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 3:26-CV-957<br><br>JUDGE: JWD - SDJ |

**SUPPLEMENTAL DECLARATION OF SECRETARY GARY WESTCOTT**

I, Gary Westcott, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of 18 and competent to provide this Declaration in support of Defendants' Motion to Dismiss.

2. This Declaration is based on my personal knowledge, my experience in my role at the Department of Public Safety and Corrections, and my review of the filings in the above-captioned lawsuit. If called upon to testify, I could and would testify competently to the facts stated herein.

4. I am currently the Secretary of the Department of Public Safety and Corrections ("DPSC"). I have held this position since August 2024.

5. I understand that this Court has asked whether the State has pentobarbital to execute Plaintiff.

6. The State has secured a supplier for pentobarbital. The State has placed a monetary deposit for 15 grams of pentobarbital to execute Plaintiff. The State will

receive the pentobarbital within 48 hours of the State's request for the pentobarbital—which the State will make if and when an execution warrant is issued for Plaintiff and Plaintiff elects to be executed by pentobarbital.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2026, in Baton Rouge, Louisiana.

Gary Westcott

GARY WESTCOTT
Secretary
Louisiana Department of Public Safety & Corrections