**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| TODD WESSINGER,<br><br>PLAINTIFF,<br><br>v.<br><br>GARY WESTCOTT, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 3:26-CV-957<br><br>JUDGE: JWD - SDJ |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants Secretary Westcott, Chief of Operations Seth Smith, and Warden Vannoy respectfully move for a dismissal of this case for the reasons stated in their attached Memorandum of Law

Dated: November 5, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Elizabeth L. Brown*
ELIZABETH L. BROWN (LA 42025)
Assistant Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 406-1864
Facsimile: (225) 326-6795
BrownE@ag.louisiana.gov

Randal J. Robert (La #21840)
Connell L. Archey (La. #29992)
Keith J. Fernandez (La. #33124)
George A. Wright (La. #36095)
Evan D. Young (La. #41462)
BUTLER SNOW LLP
445 North Boulevard Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8700
Randy.Robert@butlersnow.com
Connell.Archey@butlersnow.com
Keith.Fernandez@butlersnow.com
George.Wright@butlersnow.com
Evan.Young@butlersnow.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

On November 5, 2026, I caused this document to be served electronically on counsel of record for Plaintiff by filing the document using the CM/ECF system.

/s/ *Elizabeth L. Brown*
ELIZABETH L. BROWN (LA 42025)