# Exhibit 1:
# Declaration of
# Secretary Gary Westcott

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TODD WESSINGER,<br><br>PLAINTIFF,<br><br>v.<br><br>GARY WESTCOTT, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 3:26-CV-957<br><br>JUDGE: JWD - SDJ |

## DECLARATION OF SECRETARY GARY WESTCOTT

I, Gary Westcott, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of 18 and competent to provide this Declaration in support of Defendants' Motion to Dismiss.

2. This Declaration is based on my personal knowledge, my experience in my role at the Department of Public Safety and Corrections, and my review of the filings in the above-captioned lawsuit. If called upon to testify, I could and would testify competently to the facts stated herein.

4. I am currently the Secretary of the Department of Public Safety and Corrections ("DPSC"). I have held this position since August 2024.

5. Pursuant to La. R.S. 15:569(A), I am responsible for selecting the manner of execution that will be used to carry out a death sentenced imposed. Therefore, I will be responsible for selecting the manner of execution for Plaintiff Todd Wessinger ("Plaintiff").

6. As of the signing of this Declaration, I have not received an active warrant commanding the execution of Plaintiff, so no method of execution has been selected for Plaintiff's execution.

7. Louisiana law currently authorizes three methods of execution: electrocution, lethal injection, and nitrogen hypoxia. Plaintiff alleges that Louisiana "intend[s] to execute [him] by nitrogen hypoxia." ECF 1 ¶ 13. Having personally witnessed an execution via nitrogen hypoxia, I saw that it was humane, and in general, I will choose nitrogen hypoxia over lethal injection or electrocution. In this case, however, Plaintiff has represented that the Eighth Amendment prevents Louisiana from "refusing to use the single-drug pentobarbital protocol," as opposed to nitrogen hypoxia, to execute him. *Id.* ¶ 126; *see id.* ¶ 11 (alleging that "pentobarbital reliably renders a prisoner deeply unconscious before the respiratory and cardiovascular effects that cause death"). His factual and legal claims about nitrogen hypoxia are wrong. Nonetheless, in the interests of preventing further delays of justice—and given Plaintiff's representations to this Court—I will choose pentobarbital if Plaintiff elects it.

8. Upon receipt of a warrant of execution for Plaintiff, I will direct a DPSC official or employee to present Plaintiff with the attached "Election of Execution Method" Form and Receipt ("Exhibit A") to allow Plaintiff to elect lethal injection via pentobarbital as his method of execution. If Plaintiff elects lethal injection via pentobarbital, lethal injection will be carried out using pentobarbital.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 16th, 2026, in Baton Rouge, Louisiana.

Gary Westcott

GARY WESTCOTT
Secretary
Louisiana Department of Public Safety & Corrections

# Exhibit A:

# Election of Execution Method Form & Receipt

**Department of Public Safety and Corrections**
**State of Louisiana**

**Election of Execution Method**

On ____________________, 202__, the Nineteenth Judicial District Court issued a warrant for your execution. The warrant sets your execution for ____________________, 202__.

The Secretary has decided to provide you with the option to choose lethal injection by pentobarbital as the method of execution.

You may exercise that option by making a mark in the box below. You have three days, or until ____________________, 202__, to exercise your option.

I, Todd Kelvin Wessinger (DOC #383747) elect to be executed by:

☐ Lethal Injection by Pentobarbital

________________________________________ ______________

Todd Kelvin Wessinger (DOC #383747) Signature Date

________________________________________ ______________

Employee Witness Name and Signature Date

This selection is valid only for the execution warrant issued on ______________________________, 202_.

**Department of Public Safety and Corrections**
**State of Louisiana**

**Receipt of Election of Execution Method Form**

I, Todd Kelvin Wessinger (DOC #383747) acknowledge receipt of the written form entitled "Election of Execution Method."

____________________________________ _______________
Todd Kelvin Wessinger (DOC #383747) Signature Date

____________________________________ _______________
Employee Witness Name and Signature Date

Todd Kelvin Wessinger (DOC #383747) refused to sign for receipt of the written form entitled "Election of Execution Method."

____________________________________ _______________
Employee Witness Name and Signature Date

____________________________________ _______________
Employee Witness Name and Signature Date