**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TODD WESSINGER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-957-JWD-SDJ** |
| **GARY WESTCOTT** | |

---

## MINUTE ENTRY & ORDER

A Status Conference was held on November 19, 2026, at 3:00 p.m. (Doc. 46) before United States District Judge John W. deGravelles, and included the following **participants**:

| | |
|---|---|
| **James (Jim) W. Craig**<br>**Jack Michael Stephens**<br>**Emily Washington**<br>Counsel for Plaintiff<br>Todd Wessinger | **Elizabeth Brown**<br>**Evan Daniel Young**<br>**Keith Fernandez & Connell Lee Archey**<br>Counsel for Defendants<br>Gary Westcott, Seth Smith, and<br>Darryl Vannoy |

The Court noted for the record that Defendants stated in their brief that they do not believe the Court should be holding this conference due to the Court's lack of jurisdiction pending the interlocutory appeal. The Court plans to issue a written ruling on that issue either today or tomorrow, but, given the extremely expedited timeline here, the Court wanted to get ahead as much as possible. Noting the Defendants' objection, the Court will issue a scheduling order that will apply if the Court finds that this Court retains jurisdiction.

After reviewing both parties' suggestions, a hearing on whether to issue a preliminary injunction is set for 9:00 a.m. on December 9 and 10, 2026 in courtroom 1. Post-trial briefs will be due the next day, December 11, 2026, and the Court will commit to having a written ruling back to parties by December 15, 2026.

Assuming the Court has jurisdiction, the Court ordered the parties to confer and submit a discovery plan within forty-eight hours.[1] Any scheduling order should allow the

[1] The Court notes that this action has been stayed at the Fifth Circuit pending review of this Court's decision on sovereign immunity. *See Wessinger v. Westcott*, No. 26-70014, slip op. at 3 (5th Cir. Nov. 20, 2026). Thus, this order remains stayed pending action from the Fifth Circuit.

Court adequate time to resolve disputes. The Court allowed the parties to remain on the zoom after the Court and staff left the zoom to discuss among themselves a discovery plan.

Counsel for Defendants informed the Court that a death warrant has not yet been issued by the state court, but the parties are meeting with Judge Marcantel tomorrow (Nov. 20) to familiarize the Judge with the case. The parties will report anything necessary to this Court.

The Court also stated for the record that Magistrate Judge Johnson will be available to assist with this matter should he be needed.

Signed in Baton Rouge, Louisiana, on November 24, 2026.

CV 36; T: 0:25 mins.
Reporter: Gina Delatte-Richard

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**